UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN GOLDMAN,

Plaintiff,

-against-

PRISA MEDIA USA, INC.,

Defendant.

26 CIVIL 000958 (LTS)

## CIVIL JUDGMENT

For the reasons stated in the June 26, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962) (holding that an appellant demonstrates good faith when he seeks review of a

nonfrivolous issue).

SO ORDERED.

Dated:    June 30, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge